# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RYANN FOSS,** | Case No. **3:16-cv-00382-DMS-MDD** |
| Plaintiff, | **ORDER** |
| vs. | |
| **PROG LEASING, LLC AND DOES 1 TO 10,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 4th day of August, 2016.

_____
The Honorable Dana M. Sabraw

Order to Dismiss - 1